IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE TERRELL RADFORD                                                                    PLAINTIFF

v.                                       Case No. 1:19-cv-1011

CHIEF MAXWELL, *et al.*                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 21, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Judge Bryant recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 30) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Preliminary Injunction (ECF No. 30) is **DENIED**.

**IT IS SO ORDERED**, this 12th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge