IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE TERRELL RADFORD                                                              PLAINTIFF

v.                                    Civil No. 1:19-cv-1042

CHIEF MAXWELL; LT. CORY SANDERS
DETECTIVE COLTON BURKS; and
SGT. SAMMY KIRBY                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 4, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 41. Judge Bryant recommends that Defendants' summary judgment motion (ECF No. 19) be granted and that Plaintiff's remaining claims dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge